# Exhibit F-1

Pièce 5
Stéphane BONIFASSI
Avocat à la Cour - AG19

## CHATEAU MIRAVAL

**Société anonyme au capital de 784.350,19 Euros**
**Siège social : Domaine de Miraval**
**83570 Correns**

**388 436 537 RCS Draguignan**

## S T A T U T S

*Certifiés conformes,*

Monsieur Roland Venturini,
Président du Conseil d'Administration et
Directeur Général

## MIS A JOUR A LA SUITE DE L'ASSEMBLEE GENERALE ORDINAIRE ET EXTAORDINAIRE DU 30 JUIN 2017

## CHATEAU MIRAVAL

**Société anonyme au capital de 784.350,19 Euros**
**Siège social : Domaine de Miraval**
**83570 Correns**

**388 436 537 RCS Draguignan**

| |
|---|
| **STATUTS** |

## ARTICLE 1 – FORME

Il existe entre les propriétaires des actions ci-après créées et de toutes celles qui le seraient ultérieurement, une société anonyme régie par les dispositions législatives et réglementaires en vigueur et à venir et par les présents statuts.

## ARTICLE 2 – DENOMINATION

La dénomination sociale de la société est :

### CHATEAU MIRAVAL

Les actes et documents émanant de la société et destinés aux tiers, notamment les lettres, factures, annonces et publications diverses, doivent indiquer la dénomination sociale précédée ou suivie immédiatement et lisiblement des mots "société anonyme" ou des initiales "SA", et de l'énonciation du montant du capital social ainsi que le lieu et le numéro d'immatriculation de la société au Registre du Commerce et des Sociétés.

## ARTICLE 3 – OBJET

La société a pour objet :

- La viticulture, viniculture, oléiculture, culture de la lavande, du safran et des chênes truffiers ;

- L'acquisition, la mise en valeur et l'exploitation de toutes propriétés, domaines et biens et droits immobiliers.

- Et plus généralement, toutes opérations industrielles, commerciales, financières, civiles mobilières ou immobilières, pouvant se rattacher directement ou indirectement à l'objet social ou à tout objet similaire ou connexe.

## ARTICLE 4 – SIEGE SOCIAL

Le siège social est fixé : Domaine de Miraval - 83570 Correns.

Il pourra être transféré sur le territoire français par simple décision du Conseil d'Administration, sous réserve de ratification de cette décision par la plus prochaine Assemblée Générale Ordinaire.

## ARTICLE 5 – DUREE DE LA SOCIETE

La société a une durée de quatre-vingt dix (90) années à compter de son immatriculation au Registre du Commerce, le 28 août 1992, sauf dissolution anticipée ou prorogation décidée par l'Assemblée Générale Extraordinaire.

## ARTICLE 6 – APPORTS

1.      Lors de la création de la société, il a été apporté, les apports correspondant au montant nominal des 4.000 actions de mille francs chacune composant le capital social originaire d'élevant à 4.000.000,00 francs (quatre millions de francs).

Ces actions sont intégralement souscrites par les comparants, savoir :

```
          -Les 3.940 actions numéros 1 à 3940 par
          la société QUIMICUM SA, ci........................................................3.940
          -Les dix actions numéros 3941 à 3950 par
          Monsieur David LAMONICA, ci.......................................................10
          -Les dix actions numéros 3951 à 3960 par
          Madame Emily KIRK, ci...............................................................10
          -Les dix actions numéros 3961 à 3970 par
          Monsieur Joseph NOLET, ci..........................................................10
          -Les dix actions numéros 3971 à 3980 par
          Monsieur Hans ROHRER, ci..........................................................10
          -Les dix actions numéros 3981 à 3990 par
          Madame Barbara PELLEW HARVEY, ci..........................................10
          -Les dix actions numéros 3991 à 4000 par
          Monsieur William PELLEW HARVEY, ci.........................................10
                                                                         --------------------
          TOTAL égal au nombre d'actions composant
          le capital initial, ci...................................................................4.000
                                                                         --------------------
```

2.      Par décision de l'Assemblée Générale Extraordinaire du 30 septembre 1995, suite à une réduction concomitante à une augmentation de capital, le capital social était porté à 5.145.000,00 francs (cinq millions cent quarante cinq mille francs), divisé en 10.500 actions.

## ARTICLE 7 - CAPITAL SOCIAL

Le capital social est fixé à la somme de sept cent quatre-vingt-quatre mille trois cent cinquante euros et dix-neuf cents (784.350,19 €), divisé en dix mille cinq cents (10.500) actions, entièrement souscrites et libérées, toutes de même catégorie.

## ARTICLE 8 – FORME DES ACTIONS

Les actions sont obligatoirement nominatives. Elles sont représentées par une inscription en compte au nom de leur propriétaire à qui il pourra être délivré une attestation d'inscription.

## ARTICLE 9 – DROITS ATTACHES A CHAQUE ACTION

1.  Les droits et obligations attachés à l'action suivent le titre dans quelque main qu'il passe.

2.  Outre le droit de vote qui lui est attribué par la loi, chaque action donne droit à une quotité proportionnelle au nombre et à la valeur nominale des actions existantes, de l'actif social, des bénéfices et du boni de liquidation.

3.  Chaque fois qu'il est nécessaire de posséder un certain nombre d'actions pour exercer un droit, il appartient aux propriétaires qui ne possèdent pas ce nombre de faire leur affaire du groupement d'actions requis.

4.  Toutes les actions qui composent ou composeront le capital social seront assimilées en ce qui concerne les charges fiscales. En conséquence, tous impôts et taxes qui, pour quelque cause que ce soit, pourraient devenir exigibles en cas de remboursement du capital, soit au cours de l'existence de la société, soit lors de sa liquidation, seront répartis uniformément entre toutes les actions composant le capital, de manière que la somme nette attribuée à chacune de ces actions soit pour toutes la même, compte tenu toutefois du montant nominal de chacune d'elles.

## ARTICLE 10 – CESSION D'ACTIONS

**10.1**   La cession d'actions s'effectue conformément à la loi. Tous les frais résultant de la cession sont à la charge du cessionnaire.

**10.2**   Les actions sont librement cessibles.

## ARTICLE 11 – LIBERATION DES ACTIONS

Les actions souscrites en numéraire doivent être obligatoirement libérées d'un quart au moins de leur valeur nominale lors de leur souscription et, le cas échéant, de la totalité de la prime d'émission.

La libération du surplus est effectuée en une ou plusieurs fois sur décision du Conseil d'Administration, dans un délai maximum de cinq ans à compter, en cas d'augmentation du capital, du jour où l'augmentation de capital est devenue définitive.

Les appels de fonds sont portés par le Conseil d'Administration à la connaissance des actionnaires quinze jours avant l'époque fixée pour chaque versement, par lettre recommandée avec avis de réception expédiée à l'adresse qu'ils auront indiquée lors de la souscription des actions.

Tout retard dans le versement des sommes dues sur le montant non libéré des actions porte, de plein droit et sans qu'il soit besoin de procéder à une formalité quelconque, intérêt au taux légal, à partir de la date d'exigibilité, sans préjudice de l'action personnelle que la société peut exercer contre l'actionnaire défaillant et des mesures d'exécution forcée prévues par la loi.

## ARTICLE 12 - CONSEIL D'ADMINISTRATION

**12.1**   La société est administrée par un Conseil d'Administration composé de trois (3) membres au moins et de dix-huit (18) membres au plus.

5

En cours de vie sociale, les Administrateurs sont nommés ou renouvelés par l'Assemblée Générale Ordinaire des actionnaires ; toutefois, en cas de fusion ou de scission, la nomination peut être faite par l'Assemblée Générale Extraordinaire statuant sur l'opération.

**12.2**  Les Administrateurs sont nommés pour un an. Les fonctions d'un Administrateur prennent fin à l'issue de l'Assemblée Générale Ordinaire qui statue sur les comptes de l'exercice écoulé, tenue dans l'année au cours de laquelle expire le mandat dudit Administrateur.

Les Administrateurs sont toujours rééligibles. Ils peuvent être révoqués à tout moment par l'Assemblée Générale Ordinaire.

**12.3**  Les Administrateurs peuvent être des personnes physiques ou des personnes morales. Ces dernières doivent, lors de leur nomination, désigner un représentant permanent qui est soumis aux mêmes conditions et obligations et qui encourt les mêmes responsabilités que s'il était Administrateur en son nom propre, sans préjudice de la responsabilité solidaire de la personne morale qu'il représente.

Le mandat du représentant permanent lui est donné pour la durée de celui de la personne morale qu'il représente.

Si la personne morale révoque le mandat de son représentant permanent, elle est tenue de notifier sans délai à la société, par lettre recommandée, cette révocation ainsi que l'identité de son nouveau représentant permanent. Il en est de même en cas de décès, démission ou empêchement prolongé du représentant permanent.

Un salarié de la Société peut être nommé Administrateur sans perdre le bénéfice de son contrat de travail. Toutefois, le nombre des Administrateurs liés à la Société par un contrat de travail ne peut dépasser le tiers des Administrateurs en fonction.

Les Administrateurs personnes physiques de même que les représentants permanents des personnes morales Administrateurs sont soumis aux dispositions des articles L.225-21 et L.225-94-1 du Code de commerce relatives à l'exercice simultané de mandats d'Administrateur de sociétés anonymes ayant leur siège sur le territoire français et à l'exercice simultané de mandats de Directeur Général, de membre du directoire, de Directeur Général unique, d'Administrateur ou de conseil de surveillance de telles sociétés, sous réserve des dispositions de l'article L.225-95-1 dudit code.

**12.4**  En cas de vacance par décès ou par démission d'un ou plusieurs sièges d'Administrateur, le Conseil d'Administration peut, entre deux Assemblées Générales, procéder à des nominations à titre provisoire. Il doit y procéder en vue de compléter son effectif, dans les trois mois à compter du jour de la vacance, lorsque le nombre des Administrateurs est devenu inférieur au minimum statutaire, sans toutefois être inférieur au minimum légal.

Les nominations ainsi effectuées par le Conseil sont soumises à ratification de la plus prochaine Assemblée Générale Ordinaire. A défaut de ratification, les délibérations prises et les actes accomplis antérieurement par le Conseil n'en demeurent pas moins valables.

Lorsque le nombre des Administrateurs est devenu inférieur au minimum légal, les Administrateurs restants doivent convoquer immédiatement l'Assemblée Générale Ordinaire en vue de compléter l'effectif du Conseil.

Le mandat de l'Administrateur coopté prend fin à l'expiration de celui de l'Administrateur remplacé.

## ARTICLE 13 - ACTIONS DE FONCTION

Chaque Administrateur doit être propriétaire d'une action de la société.

Si, au jour de sa nomination, un Administrateur n'est pas propriétaire du nombre d'actions requis ou si, en cours de mandat, il cesse d'en être propriétaire, il est réputé démissionnaire d'office, s'il n'a pas régularisé sa situation dans le délai de trois mois.

## ARTICLE 14 – PRESIDENCE DU CONSEIL D'ADMINISTRATION

Le Conseil d'Administration élit, parmi ses membres personnes physiques, un Président dont il fixe la durée des fonctions sans qu'elle puisse excéder la durée de son mandat d'Administrateur. Le Président est rééligible. Il peut être révoqué par le Conseil d'Administration.

En cas d'empêchement temporaire ou de décès du Président, le Conseil d'Administration peut déléguer un Administrateur dans les fonctions de Président. En cas d'empêchement, cette délégation est donnée pour une durée limitée et renouvelable. En cas de décès, elle vaut jusqu'à l'élection du nouveau Président.

Le Président représente le Conseil d'Administration. Il en organise et dirige les travaux, dont il rend compte à l'Assemblée Générale.

Il veille au bon fonctionnement des organes sociaux et s'assure, en particulier, que les Administrateurs sont en mesure de remplir leur mission.

## ARTICLE 15 – DELIBERATIONS DU CONSEIL D'ADMINISTRATION

**15.1**  Le Conseil d'Administration se réunit aussi souvent que l'intérêt de la Société l'exige, sur la convocation de son Président.

Toutefois, (i) lorsqu'il ne s'est pas réuni depuis plus de deux mois, le tiers au moins des membres du Conseil d'Administration peut demander au Président de convoquer sur un ordre du jour déterminé par ces Administrateurs, (ii) et lorsque le Directeur Général n'assume pas les fonctions de Président du Conseil d'Administration comme indiqué à l'article 16 ci-après, le Directeur Général peut demander au Président de convoquer le Conseil d'Administration sur un ordre du jour déterminé dans cette demande.

Les Administrateurs sont convoqués aux séances du Conseil d'Administration par tous moyens, même verbalement. La réunion a lieu soit au siège social, soit dans tout autre endroit indiqué dans la convocation, y compris à l'étranger.

Le Président préside les séances du Conseil. Le Conseil peut, s'il le juge utile, désigner un vice-président qui préside les séances en l'absence du Président. En cas d'absence ou d'empêchement du Président et à défaut de vice-président, la présidence de la séance est assurée par l'Administrateur le plus âgé.

Le Conseil nomme enfin un secrétaire, lequel peut être choisi en dehors des actionnaires de la Société.

Il est tenu un registre de présence qui est signé par les Administrateurs participant à la séance du Conseil d'Administration.

Un Administrateur peut donner, même par lettre ou télécopie, mandat à un autre Administrateur de le représenter. Chaque Administrateur ne peut disposer, au cours d'une même séance, que d'une seule procuration.

**15.2**  Le Conseil ne délibère valablement que si la moitié au moins de ses membres sont présents.

Les décisions sont prises à la majorité des membres présents ou représentés.

**15.3**  Le Conseil peut décider de constituer dans son sein, ou avec le concours de personnes non Administrateurs, des comités ou commissions chargés d'étudier les questions que lui-même ou son Président renvoient à leur examen ; ces comités ou commissions exercent leurs attributions sous sa responsabilité.

Les délibérations du Conseil sont constatées par des procès-verbaux établis conformément aux dispositions légales en vigueur, et signés par le président de séance et par un Administrateur ou, en cas d'empêchement du président de séance, par deux Administrateurs, sans que l'omission de cette formalité puisse entraîner la nullité des décisions prises.

Les copies ou extraits de procès-verbaux des délibérations sont valablement certifiés par le Président du Conseil d'Administration, le Directeur Général, l'Administrateur délégué temporairement dans les fonctions de Président ou un fondé de pouvoir habilité à cet effet.

Les Administrateurs, comme toute personne appelée à assister aux réunions du Conseil, sont tenus à la discrétion à l'égard des informations présentant un caractère confidentiel et signalées comme telles par le Président de séance.

**15.4**  Lorsqu'il a été constitué un comité d'entreprise, les délégués de ce comité, désignés conformément aux dispositions du Code de Travail, devront être convoqués à toutes les réunions du Conseil d'Administration.

## ARTICLE 16 - POUVOIRS DU CONSEIL D'ADMINISTRATION

Le Conseil d'Administration détermine les orientations de l'activité de la société et veille à leur mise en œuvre. Sous réserve des pouvoirs expressément attribués aux Assemblées d'actionnaires et dans la limite de l'objet social, il se saisit de toute question intéressant la bonne marche de la société et règle les affaires qui la concernent. A cet effet, le Président représente le Conseil d'Administration ; en outre, celui-ci peut consentir à tous mandataires de son choix des délégations de pouvoirs.

Toutefois, les décisions du Conseil ne peuvent pas affecter les pouvoirs conférés par la loi au Directeur Général, particulièrement lorsque celui-ci n'assume pas les fonctions de Président du Conseil d'Administration.

Sur délégation de l'Assemblée Générale Extraordinaire, le Conseil d'Administration apporte les modifications nécessaires aux statuts pour les mettre en conformité avec les dispositions législatives et réglementaires, sous réserve de ratification de ces modifications par la prochaine Assemblée Générale Extraordinaire.

En outre, le Conseil d'Administration procède aux contrôles et vérifications qu'il juge opportuns.

## ARTICLE 17 – MODALITES D'EXERCICE DE LA DIRECTION GENERALE - CHOIX DU CONSEIL D'ADMINISTRATION

La direction générale de la société est assumée, sous sa responsabilité, soit par le Président du Conseil d'Administration, soit par une autre personne physique, nommée par le Conseil d'Administration, portant le titre de Directeur Général.

## ARTICLE 18 – LE DIRECTEUR GENERAL - LES DIRECTEURS GENERAUX DELEGUES

**18.1**  Le Conseil d'Administration nomme le Directeur Général choisi parmi les Administrateurs ou en dehors d'eux.

**18.2**   La décision du Conseil d'Administration précise la durée des fonctions du Directeur Général et détermine sa rémunération.

Le Directeur Général est révocable à tout moment par le Conseil d'Administration.

Le Directeur Général est investi des pouvoirs les plus étendus pour agir en toute circonstance au nom de la société. Il exerce ces pouvoirs dans la limite de l'objet social et sous réserve de ceux que la loi attribue expressément aux Assemblées d'actionnaires, au Conseil d'Administration et au Président du Conseil d'Administration.

Il représente la société dans ses rapports avec les tiers.

Les dispositions des statuts ou les décisions du Conseil d'Administration limitant les pouvoirs du Directeur Général sont inopposables aux tiers.

Le Directeur Général est soumis aux dispositions de l'article L.225-94-1 du Code de commerce relatives à l'exercice simultané de mandats de Directeur Général, de membre du directoire, de Directeur Général unique, d'Administrateur ou de membre du conseil de surveillance de sociétés anonymes ayant leur siège sur le territoire français.

**18.3** Sur proposition du Directeur Général, le Conseil peut nommer un à cinq Directeurs Généraux Délégués, personnes physiques, chargés d'assister le Directeur Général. Les Directeurs Généraux Délégués disposent, à l'égard des tiers, des mêmes pouvoirs que le Directeur Général.

**18.4** Le Directeur Général et les Directeurs Généraux Délégués peuvent désigner tous mandataires spéciaux.

## ARTICLE 19 – REMUNERATION DES ADMINISTRATEURS, DU PRESIDENT, DU DIRECTEUR GENERAL, DES DIRECTEURS GENERAUX ET DES MANDATAIRES DU CONSEIL D'ADMINISTRATION

**19.1**   L'Assemblée Générale peut allouer aux Administrateurs, en rémunération de leur activité, une somme fixe annuelle, à titre de jetons de présence. Le Conseil d'Administration répartit cette rémunération librement entre ses membres.

**19.2**   La rémunération du Président du Conseil d'Administration, celle du Directeur Général, ainsi que celle des Directeurs Généraux Délégués, sont déterminées par le Conseil d'Administration. Elles peuvent être fixes ou proportionnelles, ou à la fois fixes et proportionnelles.

**19.3**   Il peut être alloué par le Conseil d'Administration des rémunérations exceptionnelles pour les missions ou mandats confiés à des Administrateurs ; dans ce cas, ces rémunérations portées aux charges d'exploitation sont portées à la connaissance des Commissaires aux Comptes et soumises à l'approbation de l'Assemblée Générale Ordinaire.

## ARTICLE 20 – CONVENTIONS ENTRE LA SOCIETE ET UN ADMINISTRATEUR, LE DIRECTEUR GENERAL, UN DIRECTEUR GENERAL DELEGUE OU UN ACTIONNAIRE DISPOSANT DE PLUS DE 10 % DES DROITS DE VOTE

Toute convention intervenant directement ou par personne interposée entre la société et son Directeur Général, l'un de ses Directeurs Généraux Délégués, l'un de ses Administrateurs ou l'un de ses actionnaires disposant d'une fraction des droits de vote supérieure à 10 % ou, s'il s'agit d'une société actionnaire, la société la contrôlant au sens de l'article L.233-3 du Code de commerce, doit être soumise à l'autorisation préalable du Conseil d'Administration, puis, sur

rapport spécial des commissaires aux comptes, à l'approbation de l'Assemblée Générale Ordinaire.

Il en est de même des conventions auxquelles une des personnes visées ci-dessus est indirectement intéressée.

Ces dispositions sont également applicables aux conventions intervenant entre la société et une autre entreprise, si le Directeur Général, l'un des Directeurs Généraux Délégués ou l'un des Administrateurs de la société est propriétaire, associé indéfiniment responsable, gérant, Administrateur, membre du conseil de surveillance, ou, de façon générale, dirigeant de cette entreprise.

Les dispositions qui précèdent ne sont pas applicables aux conventions portant sur les opérations courantes et conclues à des conditions normales. Cependant, ces conventions sont communiquées par chaque intéressé au Président du Conseil d'Administration. Celui-ci en communique la liste et l'objet aux membres du Conseil d'Administration et aux commissaires aux comptes.

## ARTICLE 21 – COMMISSAIRE AUX COMPTES

Un ou plusieurs Commissaires aux Comptes titulaires et suppléants sont nommés et exercent leur mission de contrôle conformément à la loi.

## ARTICLE 22 - ASSEMBLEES GENERALES

Les décisions collectives des actionnaires sont prises en Assemblées Générales, lesquelles sont qualifiées d'ordinaires ou d'extraordinaires selon la nature des décisions qu'elles sont appelées à prendre.

**22.1**  Les Assemblées Générales sont convoquées par le Conseil d'Administration ou, à défaut, par le ou les commissaires aux comptes, ou par un mandataire désigné en justice à la demande d'actionnaires représentant au moins le dixième du capital social.

Après la dissolution de la société, les Assemblées sont convoquées par le ou les liquidateurs.

Elles sont réunies au siège social ou en tout autre lieu indiqué dans la convocation.

La convocation est faite quinze jours au moins avant la date de l'assemblée, soit par un avis inséré dans un journal d'annonces légales du département du siège social, soit par lettre recommandée ou par lettre simple adressée à chaque actionnaire. Lorsque l'Assemblée n'a pu délibérer faute de réunir le quorum requis, la deuxième Assemblée et, le cas échéant, la deuxième assemblée prorogée, sont convoquées six jours au moins à l'avance, dans les mêmes formes que la première. L'avis et les lettres de convocation de cette seconde Assemblée reproduisent la date et l'ordre du jour de la première.

**22.2**  L'ordre du jour de l'Assemblée figure sur les avis et lettres de convocation ; il est arrêté par l'auteur de la convocation.

L'Assemblée ne peut délibérer que sur les questions figurant à son ordre du jour lequel ne peut être modifié sur deuxième convocation ; néanmoins, elle peut, en toutes circonstances, révoquer un ou plusieurs Administrateurs et procéder à leur remplacement.

Un ou plusieurs actionnaires représentant au moins la quotité du capital prévue par la loi, et agissant dans les conditions et délais légaux, ont la faculté de requérir l'inscription à l'ordre du jour de projets de résolutions.

**22.3**   Tout actionnaire, quel que soit le nombre d'actions qu'il possède, a le droit d'assister aux Assemblées Générales et de participer aux délibérations personnellement ou par mandataire ou de prendre part aux votes par correspondance dans les conditions légales et réglementaires.

Tout actionnaire peut se faire représenter par son conjoint ou par un autre actionnaire.

Tout actionnaire peut voter par correspondance dans les conditions prévues par la loi.

Le Conseil d'Administration peut décider que le vote qui intervient pendant l'Assemblée peut être exprimé par télétransmission ou par visioconférence dans les conditions fixées par la réglementation. Cette possibilité devra être évoquée dans la convocation.

Les actionnaires peuvent, dans les conditions fixées par les lois et les règlements, adresser leur formule de procuration et de vote par correspondance concernant toute Assemblée Générale, soit sous forme d'un formulaire papier retourné à la Société, au siège social, trois jours au moins avant la date de la réunion, soit, sur décision du Conseil mentionnée dans l'avis de convocation, par télétransmission effectuée trois jours au moins avant la date de la réunion.

La présence de l'actionnaire à l'Assemblée, qu'elle soit physique ou, si la possibilité en a été offerte, par télétransmission ou visioconférence, annule tout vote par correspondance antérieurement émis et/ou toute procuration antérieurement donnée par cet actionnaire.

Les représentants légaux d'actionnaires juridiquement incapables et les personnes physiques représentant des personnes morales actionnaires prennent part aux Assemblées, qu'ils soient ou non personnellement actionnaires.

**22.4**  A chaque Assemblée est tenue une feuille de présence contenant les indications prescrites par la loi.

Cette feuille de présence, dûment émargée par les actionnaires ainsi que par les mandataires, et à laquelle sont annexés les pouvoirs donnés à chaque mandataire et, le cas échéant, les formulaires de vote par correspondance, est certifiée exacte par le bureau de l'assemblée.

Les Assemblées sont présidées par le Président du Conseil d'Administration ou, en son absence, par le Vice-Président de ce Conseil. En leur absence ou à défaut par le Conseil d'avoir habilité un autre de ses membres parmi les présents à l'effet de présider l'Assemblée, celle-ci élit elle-même son président.

Les fonctions de scrutateurs sont remplies par les deux membres de l'Assemblée, présents et acceptant ces fonctions, qui disposent par eux-mêmes ou comme mandataires, du plus grand nombre de voix.

Le bureau désigne le secrétaire qui peut être choisi en dehors des actionnaires.

Les membres du bureau ont pour mission de vérifier, certifier et signer la feuille de présence, de veiller à la bonne tenue des débats, de régler les incidents de séance, de contrôler les votes émis, d'en assurer la régularité et de veiller à l'établissement du procès-verbal.

Les procès-verbaux sont dressés et les copies ou extraits des délibérations sont délivrés et certifiés conformément à la loi.

**22.5**  Dans les Assemblées Générales Ordinaires et Extraordinaires, le quorum est calculé sur l'ensemble des actions composant le capital social, déduction faite des actions privées du droit de vote en vertu des dispositions légales.

En cas de vote par correspondance, il n'est tenu compte, pour le calcul du quorum, que des formulaires parvenus à la société dans le délai ci-dessus.



Le droit de vote attaché aux actions est proportionnel au capital qu'elles représentent. Chaque action de capital ou de jouissance donne droit à une voix.

**22.6 Assemblée Générale Ordinaire.** L'Assemblée Générale Ordinaire est celle qui est appelée à prendre toutes décisions qui ne modifient pas les statuts.

Elle est réunie au moins une fois par an, dans les six mois de la clôture de chaque exercice social, pour statuer sur les comptes de cet exercice.

Elle ne délibère valablement, sur première convocation, que si les actionnaires présents ou représentés, ou ayant voté par correspondance possèdent au moins le cinquième des actions ayant droit de vote. Sur deuxième convocation, aucun quorum n'est requis.

Elle statue à la majorité des voix dont disposent les actionnaires présents, représentés ou ayant voté par correspondance.

**22.7 Assemblée Générale Extraordinaire.** L'Assemblée Générale Extraordinaire est seule habilitée à modifier les statuts dans toutes leurs dispositions. Elle ne peut, sans recueillir l'unanimité des actionnaires, augmenter les engagements de ces derniers.

Sauf dispositions légales particulières, elle ne délibère valablement que si les actionnaires présents, représentés ou ayant voté par correspondance possèdent au moins, sur première convocation le quart et, sur deuxième convocation, le cinquième des actions ayant droit de vote. A défaut de ce dernier quorum, la deuxième assemblée peut être prorogée à une date postérieure de deux mois au plus à celle à laquelle elle avait été convoquée.

Sauf dispositions légales particulières, elle statue à la majorité des deux tiers des voix des actionnaires présents, représentés ou ayant voté par correspondance.

Toutefois :

-       les augmentations de capital par incorporation de réserves, bénéfices ou primes d'émission sont valablement décidées aux conditions de quorum et de majorité prévues pour les Assemblées Générales Ordinaires ;

-       le changement de nationalité de la société est décidé à l'unanimité des actionnaires si le pays d'accueil n'a pas conclu avec la France une convention spéciale permettant d'acquérir sa nationalité et de transférer le siège social sur son territoire, et conservant à la société sa personnalité juridique.

**22.8** Le Conseil d'Administration peut décider que le vote qui intervient pendant l'assemblée peut être exprimé par télétransmission ou par visioconférence dans les conditions fixées par la réglementation, cette possibilité devant être évoquée dans la convocation.

Tout actionnaire peut, dans les conditions fixées par les lois et les règlements, adresser sa formule de procuration ou de vote par correspondance concernant toute assemblée Générale, soit sous forme d'un formulaire papier retourné à la Société, au siège social, trois jours au moins avant la date de la réunion, soit, sur décision du Conseil d'Administration mentionnée dans l'avis de convocation, par télétransmission effectuée trois jours au moins avant la date de la réunion.

La présence de l'actionnaire à l'assemblée, qu'elle soit physique ou, si la possibilité en a été offerte, par télétransmission ou visioconférence, annule tout vote par correspondance antérieurement émis et/ou toute procuration antérieurement donnée par cet actionnaire.

**22.9** Lorsqu'il a été constitué un Comité d'Entreprise, deux membres de ce Comité, désignés conformément aux dispositions du Code de Travail, devront être invités à toutes les Assemblées Générales quels que soient la nature (ordinaire, extraordinaire, spéciale) et l'ordre du jour de ces



Assemblées. Dans le cas de résolutions dont l'adoption requiert l'unanimité des actionnaires, ils doivent être entendus par l'Assemblée s'ils en font la demande.

## ARTICLE 23 - DROIT DE COMMUNICATION DES ACTIONNAIRES

Tout actionnaire a le droit d'obtenir communication des documents nécessaires pour lui permettre de se prononcer en connaissance de cause et de porter un jugement informé sur la gestion et la marche de la société. Celle-ci a l'obligation de mettre ces documents à leur disposition ou de les leur adresser.

La nature de ces documents et les conditions de leur envoi ou mise à disposition sont déterminées par la loi.

## ARTICLE 24 – COMPTES SOCIAUX

1. Chaque exercice social commence le 1er janvier et finit le 31 décembre.

2. Le bénéfice ou la perte de l'exercice sont constitués par la différence entre les produits et les charges de l'exercice après déduction des amortissements et provisions, telle qu'elle résulte du compte de résultat.

3. Sur le bénéfice de l'exercice, diminué, le cas échéant, des pertes antérieures, il est fait d'abord un prélèvement de cinq pour cent au moins affecté à la formation d'un fonds de réserve dit « réserve légale ». Ce prélèvement cesse d'être obligatoire lorsque le montant de la réserve légale atteint le dixième du capital social.

4. S'il existe un solde disponible, l'Assemblée Générale décide, soit de le redistribuer, soit de le reporter à nouveau, soit de l'inscrire à un ou plusieurs postes de réserve dont elle règle l'affectation et l'emploi.

5. Après avoir constaté l'existence de réserves dont elle a la disposition, l'Assemblée Générale peut décider la distribution de sommes prélevées sur ces réserves. Dans ce cas, la décision indique expressément les postes de réserves sur lesquels les prélèvements sont effectués.

## ARTICLE 25 – DISSOLUTION

1. A la dissolution de la Société décidée par Assemblée Générale Extraordinaire, un ou plusieurs liquidateurs sont nommés par ladite Assemblée aux conditions de quorum et de majorité prévue pour les Assemblées Générale Ordinaires. Ces nominations mettent fin aux mandats des Administrateurs et des commissaires aux comptes.

2. Le liquidateur représente la Société. Il est investi des pouvoirs les plus étendus pour réaliser l'actif, même à l'amiable. Il est habilité à payer les créances et repartir le solde disponible.

3. Le partage de l'actif net subsistant après remboursement du nominal des actions est effectué entre les actionnaires dans les mêmes proportions que leur participation au capital.

## ARTICLE 26 – CONTESTATIONS

Toutes les contestations qui, pendant la durée de la Société ou lors de sa liquidation, soit entre les Actionnaires eux-mêmes à propos des affaires sociales, seront soumises à la juridiction des Tribunaux compétents.



[stamp:]
Stéphane BONIFASSI
Exhibit 5
Counsel to Court of Appeal – A619

# CHATEAU MIRAVAL

Public limited company with capital of 784,350.19 euros
Registered office: Domaine de Miraval
83570 Correns

Entry 388 436 537 in the Draguignan Trade and Companies Register

## ARTICLES OF ASSOCIATION

*Certified copies.*

[signature]
Mr. Roland Venturini
Chairman of the Board of Directors Chief
Executive Officer

## UPDATE FOLLOWING THE ORDINARY AND EXTRAORDINARY GENERAL MEETING ON JUNE 30, 2017

5

[…]

## **ARTICLE 13 – REQUIREMENTS FOR NUMBERS OF SHARES**

Each Director must hold one share in the Company.

6

If, at the date of his appointment, a Director does not hold the number of shares required, or ceases to be a shareholder during his term of office, the person concerned will be deemed to have resigned from office unless the situation is regularized within three months.

[…]

9

[…]

## ARTICLE 22 - GENERAL MEETINGS

Collective decisions of shareholders are taken at General Meetings, defined as ordinary or extraordinary depending on the nature of the decisions they are called upon to take.

**22.1** General Meetings are convened by the Board of Directors or, otherwise, one or more auditors or a legal representative appointed at the request of shareholders representing at least one tenth of the share capital.

In the event of dissolution of the Company, the Meetings will be convened by one or more liquidators.

Meetings will be held at the Company's registered office or any other venue indicated in the notice of convening.

The notice of convening will be issued at least fifteen days before the date of the Meeting by means of an entry in the Journal of Legal Announcements of the Department of the registered office, by recorded delivery mail or an ordinary letter addressed to each shareholder. If the Meeting is unable to deliberate because the requisite quorum has not been reached, the second Meeting and, where applicable, extended second meeting, will be convened at least six days in advance in the forms initially applied. The notice and letters of convening of the second Meeting must reproduce the date and agenda of the first meeting.

**22.2** The agenda of the Meeting will be indicated in the notices and letters of convening; the agenda will be drawn up by the instigator of the convening.

The Meeting can only deliberate on matters listed in the agenda and the agenda cannot be amended in the second convening; however, the Meeting will be entitled, under any circumstances, to dismiss one or more Directors and proceed with their replacement.

One or more shareholders representing at least the amount of capital laid down by law, and acting in accordance with legal conditions and time limits, will be entitled to require the insertion of draft resolutions in the agenda.

10

**22.3** Any shareholder, irrespective of the number of shares held, will be entitled to attend a General Meeting, participate in person in deliberations, by proxy or postal vote in accordance with legal and regulatory conditions.

Each shareholder can be represented by his or her spouse or other shareholder.

Each shareholder will be entitled to a postal vote in accordance with the conditions laid down in law.

The Board of Directors will be able to decide that the vote taken during the Meeting can be expressed by remote transmission or videoconference in accordance with conditions laid down in the regulations. This option must be invoked in the notice of convening.

The shareholders will be entitled, in accordance with the conditions laid down in laws and regulations, to address a proxy form or postal vote concerning any General Meeting, in hardcopy form returned to the Company's registered office, at least three days prior to the date of the meeting, or, according to a decision of the Board indicated in the notice of convening, by remote transmission at least three days prior to the date of the meeting.

The presence of the shareholder at the Meeting, physically or, if the option is open, by remote transmission or videoconference, cancels a postal vote previously issued and/or a proxy previously granted by the said shareholder.

Legal representatives of shareholders found to be legally incapable and individuals representing shareholder legal entities will be permitted to participate in Meetings, whether or not they are shareholders in person.

**22.4** At each Meeting there will be an attendance sheet containing all information required in law.

The attendance sheet, duly signed by shareholders and representatives, to which powers are attached and given to each representative and, where applicable, postal vote forms, will be certified as accurate by the Meeting's Committee.

The Meetings will be chaired by the Chairman of the Board of Directors or, in their absence, by the Vice Chairman of the Board. In their absence, or otherwise if the Board has failed to authorize any of its members among those present to chair the Meeting, the Meeting will itself elect the Chairman.

The functions of scrutineers will be fulfilled by two members at the Meeting, present and accepting these functions, who will have the highest number of votes, themselves or as representatives.

The Committee will appoint a Secretary, chosen from the shareholders or otherwise.

Members of the Committee have a mission to verify, certify and sign the attendance sheet, ensure smooth performance of the discussions, resolve matters arising during the meeting, check, and ensure the regularity of votes taken and oversee preparation of the minutes.

The minutes will be compiled and copies or extracts of deliberations issued and certified in accordance with the law.

**22.5** In Ordinary and Extraordinary General Meetings, the quorum will be calculated on the basis of all shares making up the share capital, subject to the deduction of shares without a right to vote in accordance with legal provisions.

For the purposes of calculation of the quorum, no account will be taken of postal votes unless forms have reached the Company within the time limit indicated above.

11

The right to vote attached to shares will be proportionate to the capital they represent. Each capital or dividend share confers entitlement to one vote.

**22.6 Ordinary General Meeting.** The Ordinary General Meeting is called upon to take decisions amending the Articles of Association.

The meeting will be held at least once per annum, within six months of the year-end, to discuss the accounts of the year ended.

The Ordinary General Meeting can only deliberate validly, at first convening, if shareholders who are present, represented or entitled to a postal vote hold at least one fifth of shares conferring a voting right. At second convening, no quorum is required.

The Ordinary General Meeting decides by a majority of votes by shareholders present, representative or entitled to a postal vote.

**22.7 Extraordinary General Meeting**. The Extraordinary General Meeting is only authorized to amend any provisions in the Articles of Association. The Extraordinary General Meeting will not be entitled their commitments, without obtaining the unanimity of shareholders.

Subject to particular legal provisions, the Extraordinary General Meeting can only deliberate validly if shareholders present, represented, or entitled to a postal vote hold at least one quarter, at first convening, and one fifth, at second convening, of  shares conferring a voting right. If no quorum is reached, the second Meeting can be extended to a date no more than two months after the convening.

Subject to particular legal provisions, the Extraordinary General Meeting will rule by a majority of two thirds of the votes of shareholders present, represented or entitled to a postal vote.

However:

-   increases in capital by means of the capitalization of reserves, profits or share premiums will be validly decided subject to the conditions of the quorum and majority laid down for Ordinary General Meetings;
-   a change in the nationality of the Company will be decided unanimously by shareholders unless the host country has entered into a special agreement with France, making it possible to acquire its nationality and transfer its registered office to the territory of the latter, while enabling the Company to preserve its legal status.

**22.8** The Board of Directors can decide that the vote taken during the Meeting can be expressed by remote transmission or videoconference in accordance with the conditions laid down in the regulations, given that this option must be invoked in the notice of convening.

Any shareholder is entitled, according to the conditions laid down in the laws and regulations, to address its proxy form or postal vote concerning any General Meeting, either in hardcopy form returned to the registered office of the Company, at least three days in advance of the date of the meeting, or, according to a decision taken by the Board of Directors indicated in the notice of convening, by remote transmission at least three days prior to the date of the meeting.

The presence of the shareholder at the Meeting, physically or, if the option is open, remote transmission or videoconference, cancels any postal vote previously issued and/or a proxy previously granted by the shareholder in question.

**22.9** When a Joint Consultative Committee is formed, two members of this Committee, appointed in accordance with the provisions of the Code of Employment Law, are required to be invited to General Meetings of any kind (ordinary, extraordinary or special) and have sight of the agenda of these

12

Meetings. If resolutions can only be passed if there is a unanimity of shareholders, the two members can, on request, be heard by the Meeting.

[…]

United Kingdom

          ) ss:

**CHIPPING NORTON**

       Mary Latham declares:

       That she is employed as Translator by the firm of Lionbridge, Address: 17 Hill Rise, Chipping Norton, Oxfordshire OX7 5SW, U.K;

       That she is fully conversant in the French and English languages;

       That she translated or reviewed the translation of the attached document:

       Consisting of Articles of Association of the Company CHATEAU MIRAVAL from French into English;

       and that the English translation is, to her best knowledge and belief, a true and correct rendering of the original text in the French language.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on 30th December 2021. _____

                             *Mary Latham*

                             Mary Latham
                             BA Honours in French and Italian
                             MA in Technical and Specialisation for
                             French and Italian

[[DMS:5699466v1:08/30/2021--09:57 AM]]