# Exhibit F-3

**CHATEAU MIRAVAL**
Société anonyme au capital de 784.350,19 euros
Siège social : Domaine de Miraval – 83570 Correns
388 436 537 R.C.S Draguignan
(la « **Société** »)

### EXTRAIT DU PROCES-VERBAL DE L'ASSEMBLEE GENERALE ORDINAIRE
### REUNIE LE 23 AOUT 2021

#### CINQUIEME RESOLUTION
*(Renouvellement du mandat d'Administrateur de Monsieur Roland Venturini)*

L'Assemblée Générale, après avoir constaté que le mandat d'Administrateur de Monsieur Roland Venturini arrive à expiration ce jour, décide de renouveler le mandat de :

- Monsieur Roland Venturini,

pour une nouvelle période d'une année, soit jusqu'à l'issue de l'Assemblée Générale qui sera appelée à statuer, en 2022, sur les comptes du dernier exercice clos.

**Cette résolution, mise aux voix, est adoptée à l'unanimité des associés présents ou représentés.**

#### SIXIEME RESOLUTION
*(Renouvellement du mandat d'Administrateur de Monsieur Gary Bradbury)*

L'Assemblée Générale, après avoir constaté que le mandat d'Administrateur de Monsieur Gary Bradbury arrive à expiration ce jour, décide de renouveler le mandat de :

- Monsieur Gary Bradbury,

pour une nouvelle période d'une année, soit jusqu'à l'issue de l'Assemblée Générale qui sera appelée à statuer, en 2022, sur les comptes du dernier exercice clos.

**Cette résolution, mise aux voix, est adoptée à l'unanimité des associés présents ou représentés.**

Pièce 29 — Stéph. BONIFASSI, Avocat à la Cour - A619

## SEPTIEME RESOLUTION
*(Démission et remplacement de Madame Josefina Parisi au conseil d'administration)*

Le Président, après avoir pris connaissance de la lettre de démission de Madame Josefina Parisi, prend acte de sa démission des fonctions d'Administrateur de la Société avec effet à compter du 24 juin 2021.

L'Assemblée Générale décide de nommer :

- Monsieur Warren Grant, de nationalité américaine, né le 15 mai 1954 à New York, demeurant 9100 Wilshire Blvd. #1000W, Beverly Hills, CA 90212 (USA),

en qualité d'Administrateur de la Société, en remplacement de Madame Josefina Parisi, pour une période d'une année, soit jusqu'à l'issue de l'Assemblée Générale qui sera appelée à statuer, en 2022, sur les comptes du dernier exercice clos.

**Cette résolution, mise aux voix, est adoptée à l'unanimité des associés présents ou représentés.**

## HUITIEME RESOLUTION
*(Pouvoir en vue des formalités)*

L'Assemblée Générale donne tous pouvoirs au JOURNAL LA LOI, une marque de la société LEXTENSO, dont le siège social est situé La Grande Arche – Paroi nord - 1, Parvis de la Défense – 92044 Paris La Défense, immatriculée au Registre du Commerce et des Sociétés de Nanterre sous le numéro 552 119 455, ainsi qu'au porteur d'un original, d'un extrait ou d'une copie des présentes à l'effet d'accomplir toutes formalités requises, et ce y compris par voie dématérialisée avec signature électronique, conformément aux textes légaux en vigueur. Pouvoir est également donné de déposer et de signer tous formulaires, produire toutes justifications, faire toutes déclarations, affirmations et réserves, acquitter tous droits et taxes, substituer et généralement faire tout ce qui sera nécessaire.

**Cette résolution, mise aux voix, est adoptée à l'unanimité des associés présents ou représentés.**

Certifié conforme à l'original

Le Directeur Général
M. Roland Venturini

*[Stamp: CHATEAU MIRAVAL, 4515 Route de Barjols, 83143 LE VAL, Tél : 04 94 86 39 33, comptabilite@miraval.com, RCS DRAGUIGNAN 388 436 537]*

2

Exhibit 29

# CHATEAU MIRAVAL
Corporation with capital stock of 784,350.18 euros
Main Office: Domaine de Miraval – 83570 Correns
388 436 537 Commercial Registry Draguignan
(the "**Company**")

**EXTRACT FROM THE MINUTES OF THE ORDINARY GENERAL MEETING HELD ON AUGUST 23, 2021**

**FIFTH RESOLUTION**
(Renewal of the mandate of Administrator Mr. Roland Venturini

The General Meeting, after having noted that the term of Director Mr. Roland Venturini expires on this date, decides to renew the mandate of:

- Mr. Roland Venturini,

For an additional period of one year, that is, until the end of the General Meeting that shall be called to rule, in 2022, on the accounts of the last closed fiscal year.

**This resolution, put to the vote, is adopted unanimously by the shareholders present or represented.**

**SIXTH RESOLUTION**
(Renewal of the mandate of Administrator Mr. Gary Bradbury

The General Meeting, after having noted that the term of Director Mr. Gary Bradbury expires on this date, decides to renew the mandate of:

- Mr. Gary Bradbury,

For an additional period of one year, that is, until the end of the General Meeting that shall be called to rule, in 2022, on the accounts of the last closed fiscal year.

**This resolution, put to the vote, is adopted unanimously by the shareholders present or represented.**

## SEVENTH RESOLUTION
(Resignation and replacement of Mrs. Josefina Parisi on the Board of Directors)

The President, after having taken note of the resignation letter of Mrs. Josefina Parisi , takes note of her resignation from the duties of Director of the Company effective June 24, 2021.

The General Meeting decides to appoint:

- Mr. Warren Grant, of American nationality, born on May 15, 1954 in New York, residing at 9100 Wilshire Blvd. #1000W, Beverly Hills, CA 90212 (USA)

In the capacity of Director of the Company, replacing Mrs. Josefina Parisi for a period of one year, that is, until the end of the General Meeting that shall be called to rule, in 2022, on the accounts of the last closed fiscal year.

**This resolution, put to the vote, is adopted unanimously by the shareholders present or represented.**

## EIGHTH RESOLUTION
(Power of attorney for formalities)

The General Meeting grants all powers to the JOURNAL LA LOI, a brand of the company LEXTENSO, with headquarters at La Grande Arche – Paris nord – 1, Parvis de la Défense – 90244 Paris la Défense, recorded in the Registry of Commerce and Corporations of Nanterre under number 552 119 455, as well as to the bearer of the original, an extract or a copy of this document to accomplish all formalities required, this to include paperless means with electronic signature, pursuant to all legal texts in force. Power is likewise granted to file and sign all forms, produce all justifications, make all declarations, affirmations and reservations, pay fees and taxes, make substitutions and generally do anything that is necessary.

**This resolution, put to the vote, is adopted unanimously by the shareholders present or represented.**

                                            **Certified in conformity with the original**
                                            [signature] [seal of Chateau Miraval]
                                            Managing Director
                                            Mr. Roland Venturini

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF QUEENS     )

I am employed as Translator by the firm of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019;

I am fully conversant in the French and English languages;

I translated or reviewed the translation of the attached document:

Extract from the Minutes of the Chateau Miraval Ordinary General Meeting

Held on August 23, 2021

from French into English;

The English translation is, to my best knowledge and belief, a true and correct rendering of the original text in the French language.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on __12/30/21__

_Leila F. Bose_

Leila F. Bose
Former Member, Translation Studies
Faculty, New York University School of
Continuing and Professional Studies;
American Translators Association;
New York Circle of Translators