# Exhibit F-5



Pièce 11

To:   Quimicum
      attn. Board of Managers
      6C, rue Gabriel Lippmann
      L-5365 Munsbach

Cc.:  Ocorian
      attn. Managers of Quimicum
      6C, rue Gabriel Lippmann
      L-5365 Munsbach

Cc.:  Cohen & Gresser
      attn. Franck Le Mentec
      30, rue La Boétie
      F-75008 Paris
      France

*by registered letter*

Luxembourg, 30 September 2019

Our ref.  : 030282-70000 / 27956237

Dear Sirs,

we, the undersigned Nouvel LLC, a limited liability company, having its registered office at 1990 S. Bundy Drive, CA 900025 Los Angeles, United States of America, registered under the laws of the state of California, USA, are pleased to confirm, as we already have announced in our email of 9th September 2019, that we have retained the services of Christophe Salin, who has a long experience in the winery business.

We are delighted to have Christophe on board and are convinced that his knowledge will substantially contribute to the business.

We hereby write to you as we would wish you to prepare all corporate documents necessary to see Christophe appointed to the board of Quimicum S.à r.l., a "*société à responsabilité limitée*", having its registered office at 6C, rue Gabriel Lippmann, L-5365 Munsbach, Grand Duchy of Luxembourg, registered under the laws of Luxembourg and registered with the Luxembourg Business Registers under number B41114.

We do also acknowledge that the annual accounts for the years ended 31st December 2017 and 2018 respectively of Quimicum S.à r.l. need to be approved. We propose, as is the practice in Luxembourg, to combine both the appointment of Christophe Salin and the approval of the annual accounts in one general meeting to be held at the earliest possible convenience.

Arendt & Medernach SA
Registered with the Luxembourg Bar
RCS Luxembourg B 186371



arendt.com

41A avenue JF Kennedy
L-2082 Luxembourg
T +352 40 78 78 1



We will attend such meeting as a 50% shareholder of Quimicum S.à r.l. We believe that Mondo Bongo, LLC, a limited liability company, having its registered office at 9100 Wilshire Boulevard, CA 90212 West Beverly Hills, United States of America, registered under the laws of the state of California, USA, does not wish to appoint a representative at the board of managers of Quimicum S.à r.l. We would however not object to such appointment.

We believe that it is now becoming urgent to proceed with the relevant shareholders meeting in order to approve the annual accounts and to constitute the governance that will result from the appointment of Christophe Salin.

As a consequence we hereby request that the shareholders meeting, as indicated, be convened and held at the earliest possible date.

We also wanted to follow up with respect to the filing on the beneficial owners of Quimicum S.à r.l. and see whether relevant filings with the register for beneficial owners have been made or whether any issues are still outstanding in this respect.

We believe that we have provided all necessary information and assume that Mongo Bongo, LLC has done the same with respect to its beneficial owners. We would appreciate if you could let us know if anything is outstanding in this respect.

We remain at your disposal for any further queries on the above.

Yours sincerely,

Laurent Schummer
Attorney at law

*Traduction libre*

À : Quimicum
à l'attention de Conseil d'administration 6C, rue Gabriel Lippmann L-5365 Munsbach

Cc. : Ocorian
à l'attention de Responsables de Quimicum 6C, rue Gabriel Lippmann
L-5365 Munsbach

Cc : Cohen & Gresser
à l'attention de Franck Le Mentec 30, rue La Boétie
F-75008 Paris
France

***par recommandé / lettre***

Luxembourg, 30 septembre 2019

Notre réf. : 030282-70000 / 27956237

Messieurs,

nous, soussignés Nouvel LLC, société à responsabilité limitée, ayant son siège social à 1990 S. Bundy Drive, CA 900025 Los Angeles, États-Unis d'Amérique, enregistrée selon les lois de l'État de Californie, USA, avons le plaisir de confirmer, comme nous l'avons déjà annoncé dans notre courriel du 9th septembre 2019, que nous avons retenu les services de Christophe Salin, qui a une longue expérience dans le domaine viticole.

Nous sommes ravis d'avoir Christophe à bord et nous sommes convaincus que ses connaissances contribueront de manière substantielle à l'entreprise.

Nous vous écrivons par la présente car nous souhaitons que vous prépariez tous les documents nécessaires à la nomination de Christophe au conseil d'administration de Quimicum SARL, une *société à responsabilité limitée, dont* le siège social est situé au 6C, rue Gabriel Lippmann, L-5365 Munsbach, Grand-Duché de Luxembourg, enregistrée sous le droit luxembourgeois et inscrite au registre du commerce de Luxembourg sous le numéro B41114.

Nous reconnaissons également que les comptes annuels pour les exercices clos le 31 décembre 2017 et 2018 respectivement de Quimicum SARL. doivent être approuvés. Nous proposons, comme c'est la pratique au Luxembourg, de combiner bain la nomination de Christophe Salin et l'approbation des comptes annuels en une seule assemblée générale qui se tiendra dans les meilleurs délais.

Nous assisterons à cette réunion en tant qu'actionnaire à 50% de Quimicum SARL. Nous pensons que Monda Bongo, LLC, une société à responsabilité limitée, dont le siège social est situé

EXHIBIT F-5
PAGE 69

au 9100 Wilshire Boulevard, CA 90212 West Beverly Hills, Etats-Unis d'Amérique, enregistrée sous les lois de l'état de Californie, USA, ne souhaite pas nommer de représentant au conseil d'administration de Quimicum SARL. Nous ne nous opposerions cependant pas à une telle nomination.

Nous pensons qu'il devient maintenant urgent de procéder à la tenue de l'assemblée générale correspondante afin d'approuver les comptes annuels et de constituer la gouvernance qui résultera de la nomination de Christophe Salin.

En conséquence, nous demandons par la présente que l'assemblée des actionnaires, comme indiqué, soit convoquée et tenue à la date la plus proche possible.

Nous voulions également faire le suivi de la déclaration des bénéficiaires effectifs de Quimicum S.à r.l. et voir si les déclarations pertinentes au registre des bénéficiaires effectifs ont été faites ou si des questions restent en suspens à cet égard.

Nous pensons avoir fourni toutes les informations nécessaires et supposons que Mongo Bongo, LLC
a fait de même à l'égard de ses bénéficiaires effectifs. Nous vous serions reconnaissants de bien vouloir nous faire savoir si quelque chose est en suspens à cet égard.

Nous restons à votre disposition pour toute autre question sur ce qui précède.

Laurent Schummer Avocat à la cour