# Exhibit F-8

Stéphane BONIFASSI

Pièce 26

Avocat à la Cour - A619

# Nouvel LLC

c/o Tenute Del Mondo VALLEY PARK F, 44 RUE DE LA VALLÉ,
L 2661 LUXEMBOURG; TEL +352 24 69 51 56

CHATEAU MIRAVAL SA
DOMAINE DE MIRAVAL
83570 CORRENS
France

13/10/2021

**PAR COURRIER RECOMMANDÉ**

ATT : Directeurs

Chers Messieurs,

Au nom de la société  NOUVEL LLC (US), qui est actionnaire à 50 % de votre société mère Quimicum Sarl (Luxembourg) nous vous demandons de bien vouloir nous communiquer les documents suivants en application de l'article 23 des statuts de Chateau Miraval SA et des articles L. 225-108 et suivants du code de commerce :

a) La Convention Cadre de Coopération entre Château Miraval et Familles Perrin SAS (et ses avenants),

b) Le Contrat de Licence de Marque à Long Terme entre Château Miraval et Miraval Provence (et ses éventuelles modifications),

c) Le Contrat de fourniture de vin entre Château Miraval et Families Perrin SAS (et ses avenants),

d). Le Contrat de Licence de Fabrication et de Commercialisation entre Miraval Provence et Families Perrin SAS (et ses avenants),

e) La documentation confirmant le consentement donné par Château Miraval à Miraval Provence permettant l'enregistrement de certaines TM Miraval au nom de Miraval Provence

F) Les accords de distribution entre Château Miraval et ses distributeurs ainsi que les accords de distribution entre Miraval Provence et ses distributeurs

g) Informations relatives aux ventes de produits Miraval au cours des 5 dernières années

h) Toutes autres informations commerciales relatives aux ventes de produits Miraval (par exemple le coût de production au cours des 3 dernières années).Meilleures salutations,

Nouvel LLC
PDG _____ ( Alexey Oliynik)

cc. Mr. Roland VENTURINI, 8 Dorothy's Way, Bedford 03110 NEW HAMPSHIRE (USA)

**BY REGISTERED MAIL**

ATT: Directors

Dear Sirs,

On behalf of NOUVEL LLC (US), which is the 50% shareholder in your parent company Quimicum Sarl (Luxembourg) we request communication of the following documents pursuant to article 23 of the bylaws of Chateau Miraval SA and the articles L. 225-108 et seq of the French commerce code:

a) The Framework Cooperation Agreement between Chateau Miraval and Families Perrin SAS (and any amendments thereto),

b)  The Long-Term Trademark Licence Agreement between Chateau Miraval and Miraval Provence (and any amendments thereto),

c)  The Wine Supply Agreement between Chateau Miraval and Families Perrin SAS (and any amendments thereto),

d)  The Manufacturing and Commercialization Licence Agreement between Miraval Provence and Families Perrin SAS (and any amendments thereto),

e) The documentation confirming consent given by Chateau Miraval to Miraval Provence permitting registration of certain Miraval TMs in the name of Miraval Provence

f) The distribution agreements between Chateau Miraval and its distributors as well as the distribution agreements between Miraval Provence and its distributors

g) Information in relation to sales of Miraval products over the last 5-year period

h) Any other commercial information in relation to sales of Miraval products (for example cost of production over the last 3-year period).

 Kind regards,

Nouvel LLC
CEO _____ ( Alexey Oliynik)

cc. Mr. Roland VENTURINI, 8 Dorothy's Way, Bedford 03110 NEW HAMPSHIRE (USA)