# Exhibit F-9

DARROIS VILLEY MAILLOT BROCHIER

*Avocats à la Cour*

A.A.R.P.I.

69, AVENUE VICTOR HUGO - 75783 PARIS CEDEX 16
TÉLÉPHONE : +33 1 45 02 19 19
TÉLÉCOPIE : +33 1 45 02 49 59

| | | |
|---|---|---|
| JEAN-MICHEL DARROIS | BENJAMIN BURMAN | MARCUS BILLAM |
| PHILIPPE VILLEY † | HENRI SAVOIE | FRANÇOIS KOPF |
| ALAIN MAILLOT | CHRISTOPHE INGRAIN | JEAN-BAPTISTE DE MARTIGNY |
| EMMANUEL BROCHIER | HUGO DIENER | NICOLAS MENNESSON |
| DIDIER THÉOPHILE | OLIVIER HUYGHUES DESPOINTES | CARINE DUPEYRON |
| BERTRAND CARDI | CHRISTOPHE VINSONNEAU | LOIC VÉDIE |
| MARTIN LEBEUF | MATTHIEU BROCHIER | LAURENT GAUTIER |
| VINCENT AGULHON | FORREST ALOGNA | MATHIEU DELLA VITTORIA |
| PIERRE CASANOVA | LAURENT AYNÈS | JULIE PASTERNAK |
| CYRIL BONAN | | ORPHÉE GROSJEAN |

COUNSEL
PATRICK MELE
JEAN-BAPTISTE AUBERT
GUILLAUME AUBRON
RÉMI LORRAIN
CONSTANCE BOCKET

SENIOR COUNSEL
JEAN-FRANÇOIS GUILLEMIN

Paris, le 27 octobre 2021

**Nouvel LLC**
**Attn : Alexey Oliynik**
c/o Tenute Del Mondo
Valley Park F
44 rue de la Vallée
L2661 Luxembourg

*Lettre recommandée avec accusé de réception*

Messieurs,

Notre cliente, la société Château Miraval (la « Société »), nous a demandé de répondre en son nom et pour son compte au courrier que vous lui avez adressé le 13 octobre 2021.

Sous couvert de la société Nouvel, vous demandez la production d'un certain nombre de documents invoquant l'article 23 des statuts de la Société et les article L.225-108 et suivants du Code de commerce.

Nous ne pouvons donner suite à votre demande pour les raisons suivantes.

Tout d'abord, conformément aux articles L.225-108 et L.225-17 du Code de commerce, seule une personne ayant qualité d'actionnaire de la Société peut se prévaloir desdits articles. La jurisprudence a, à cet égard, précisé que seul l'actionnaire direct peut se prévaloir de ces textes.

MEMBRE D'UNE ASSOCIATION AGRÉÉE - RÈGLEMENT DES HONORAIRES PAR VIREMENT OU PAR CHÈQUE
BANQUE CIC, 34 avenue Marceau, 75008 Paris
CODE BANQUE 30066, CODE GUICHET 10481 NUMÉRO DE COMPTE 00020263001 CLÉ 14
IBAN FR 76 3006 6104 8100 0202 6300 114 - BIC CMCIFRPP
CODE APE 6910 Z - SIRET 33094041200019 - N° DE TVA INTRACOMMUNAUTAIRE FR 58330940412

Or, vous n'avez pas cette qualité.

Par ailleurs, les documents dont vous demandez la production ne rentrent pas dans le champ de ceux qu'une personne morale est tenue de donner à ses actionnaires ; à cet égard nous vous renvoyons à l'article L. 225-115 du Code commerce qui établit une liste limitative de documents qui peuvent être demandés par l'actionnaire d'une société anonyme.

En conséquence et en tout état de cause, outre le fait que vous n'avez pas qualité à demander quelque document que ce soit, votre demande dépasse les droits de communication d'un actionnaire d'une société anonyme.

Veuillez agréer, Messieurs, l'expression de nos salutations distinguées.

Alain Maillot

Exhbit 27

# DARROIS VILLET MAILLOT BROCHIER
Attorneys to the Court
A.A.R.P.I.
69. AVENUE HICTOR HUGO – 75783 PARIS CEDEX 16
TELEPHONE: +33 1 45 02 1919
TELECOPY: : +33 1 45 02 4959

| | | |
|---|---|---|
| JEAN-MICHEL DARROIS | BENJAMIN BURMAN | MARCUS BILLAM |
| PHILIPPE VILLEY † | HENRI SAVOIE | FRANÇOIS KOPF |
| ALAIN MAILLOT | CHRISTOPHE INGRAIN | JEAN-BAPTISTE DE MARTIGNY |
| EMMANUEL BROCHIER | HUGO DIENER | NICOLAS MENNESSON |
| DIDIER THÉOPHILE | OLIVIER HUYGHUES DESPOINTES | CARINE DUPEYRON |
| BERTRAND CARDI | CHRISTOPHE VINSONNEAU | LOIC VÉDIE |
| MARTIN LEBEUF | MATTHIEU BROCHIER | LAURNT GAUTIER |
| VINCENT AGULHON | FORREST ALOGNA | MATHIEU DELLA VITTORIA |
| PIERRE CASANOVA | LAURENT AYNES | JULIE PASTERNAK |
| CYRIL BONAN | | ORPHÉE GROSJEAN |

COUNSEL
PATRICK MELE
JEAN-BAPTISTE AUBERT
GUILLAUME AUBRON
RÉMI LORRAIN
CONSTANCE BOCKET

SENIOR COUNSEL
JEAN-FRANÇOIS GUILLEMIN

Paris, October 27, 2021

**Nouvel LLC**
**Attn: Alexey Oliynik**
c/o Tenute Del Mondo
Valley Park E
44 rue de la Vallée
L2661 Luxembourg

*Registered letter with acknowledgment of receipt*

Gentlemen,

Our client, Château Miraval (the "Company") has asked us to reply in its name and behalf to the letter that you sent to it on October 13, 2021.

Under the guise of the Nouvel company, you demand the production of a certain number of documents invoking article 23 of the by-laws of the corporation and articles L. 225-108 et seq. of the Commercial Code.

We cannot comply with your request for the following reasons:

First of all, pursuant to articles L. 225-108 and L. 225-117 of the Commercial Code, only a person having the capacity of shareholder of the Corporation can access the aforementioned documents. The jurisprudence, in this regard, specifies that only the direct shareholder can have access to these texts.

MEMBER OF AN APPROVED ASSOCIATION – PAYMENT OF FEES BY TRANSFER OR CHECK
BANQUE CIC, 3 avenue Marceau, 75008 Paris
BANK CODE 30066, BRANCH CODE 10481 ACCOUNT NUMBER 00020263001 KEY 14
IBAN FR 76 3006 6104 8100 0202 6300 114 CMCIFRPP
CODE APE 69102 Z – SIRET 33094041200019 – INTRACOMMUNITY VAT N O. FR58330940412

However, you do not have that capacity.

Moreover, the documents for which you demand production do not fall within the scope of those that a legal entity is obliged to give to its shareholders; in that regard we refer you to article L. 225-115 of the Commercial Code that establishes a limitative list of documents that may be requested by the shareholder of a corporation.

In consequence and in any case, other than the fact that you lack the capacity to demand any document whatsoever, your demand exceeds the rights of communication of a shareholder of a corporation.

Gentlemen, please accept our best regards.

                                                [signature]
                                                Alain Maillot

STATE OF NEW YORK       )
                        ) ss:
COUNTY OF QUEENS        )

I am employed as Translator by the firm of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019;

I am fully conversant in the French and English languages;

I translated or reviewed the translation of the attached document:

October 27, 2021 Letter from Alain Maillot to Nouvel, LLC from French into English;

The English translation is, to my best knowledge and belief, a true and correct rendering of the original text in the French language.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 12/30/21                    _____
                                        Leila F. Bose
                                        Former Member, Translation Studies
                                        Faculty, New York University School of
                                        Continuing and Professional Studies;
                                        American Translators Association;
                                        New York Circle of Translators