# Exhibit F-10

**De :** Véronique Hoffeld <veronique.hoffeld@loyensloeff.com>
**Envoyé :** jeudi 18 novembre 2021 11:21
**À :** Claire Riou <claire.rioulejeune@e2m.lu>
**Cc :** Patrick Ries <Patrick.Ries@loyensloeff.com>; Anne Sophie Boul <anne.sophie.boul@e2m.lu>; Max Mailliet <Max.Mailliet@e2m.lu>
**Objet :** RE: Nouvel / Mondo Bongo (Quimicum)

Dear colleague,

I refer to Me Mailliet's email of 11 November and your follow-up email of 17 November.

Ownership of Nouvel has allegedly changed to your client Mr Yuri Schefler, a fact for which our client has not received any documentary proof. Our client reserves its rights in respect of this alleged transfer of ownership of Nouvel and thereby indirectly the alleged transfer of a percentage of ownership of Quimicum.

Your client now wishes to impose himself on the company affairs and wishes further to discuss business matters of Quimicum and its subsidiaries with our client, presumably in your client's capacity as a shareholder of Quimicum.

Our client is open to constructive discussions, but must first understand with whom it is having such discussions.

Our client would be willing to consider opening discussions with your client on the affairs of Quimicum on the following conditions:

1. Your client will provide documentary proof of its acquisition of Nouvel shares from Ms Jolie, our client reserving all rights to contest the validity of such transfer
2. Your client will update the entries in the share register to reflect our client as owner of the 10% in accordance with the claim already brought before the Luxembourg courts.

All of our clients rights remain strictly reserved and nothing in this letter should be construed as an admission as to ownership of any shares directly or indirectly in Quimicum or otherwise or the validity of transfer of any shares or otherwise.

This is an official letter.

We look forward to hearing from you.

Best regards,


**Véronique HOFFELD**
Partner

Litigation & Risk Management
T +352 466 230 232
F +352 466 234
E veronique.hoffeld@loyensloeff.com

**LOYENS & LOEFF LUXEMBOURG S.À R.L.**
**Avocats à la Cour**
18-20, rue Edward Steichen, L-2540 LUXEMBOURG
T +352 466 230
F +352 466 234
loyensloeff.lu | LinkedIn | Twitter

2

**From:** Claire Riou <claire.rioulejeune@e2m.lu>
**Sent:** Wednesday, November 17, 2021 4:48 PM
**To:** Véronique Hoffeld <veronique.hoffeld@loyensloeff.com>
**Cc:** Patrick Ries <Patrick.Ries@loyensloeff.com>; Anne Sophie Boul <anne.sophie.boul@e2m.lu>; Max Mailliet <Max.Mailliet@e2m.lu>
**Subject:** RE: Nouvel / Mondo Bongo (Quimicum)

Dear Colleague,

Reference is made to the shareholder's meeting of Quimicum Sarl of 29 October 2021 and to our email dated 11 November 2021 (below), which remains unanswered by your client.

During said meeting, our client expressed a sincere interest to meet Mr Warren Grant in Luxembourg, in order to get to know him and to have constructive discussions on the future of Quimicum and Château Miraval in light of a general meeting of shareholders to be held on 22nd November.

Unfortunately our client is still waiting to meet yours.

In any case, we propose, as indicated during the general meeting held on 29 October 2021, to hold the general meeting on Monday 22 November 2021 at 9:00 a.m. at the registered office of the company Quimicum.

The present email is official and may be used in Courts.

Kind regards,

Claire Riou - - Le Jeune



**Claire Riou--Le Jeune**
Associate
Avocat à la Cour
—
claire.rioulejeune@e2m.lu
T (+352) 28 55 36-1
F (+352) 28 55 36 60
www.e2m.lu

Etude Max Mailliet - E2M S.à r.l.
2, rue du Fort Rheinsheim
L-2419 Luxembourg
RCS B210.821

 Luxembourg exclusive representative of the International Chamber of Commerce's Fraudnet and GRIP - Global Restructuring and Insolvency Professionals.

3

**De :** Max Mailliet <MaxMailliet@e2m.lu>
**Envoyé :** jeudi 11 novembre 2021 09:46
**À :** 'Véronique Hoffeld' <veronique.hoffeld@loyensloeff.com>
**Cc :** 'Patrick Ries' <Patrick.Ries@loyensloeff.com>; Anne Sophie Boul <anne.sophie.boul@e2m.lu>; Claire Riou <claire.rioulejeune@e2m.lu>; Max Mailliet <MaxMailliet@e2m.lu>
**Objet :** Nouvel / Mondo Bongo (Quimicum)

Dear Colleague,

Reference is made to the shareholder's meeting of Quimicum Sarl of 29 October 2021.

During said meeting, my client expressed a sincere interest to meet Mr Warren Grant in Luxembourg, in order to get to know him and to have constructive discussions on the future of Quimicum and Château Miraval in light of a general meeting of shareholders to be held on 22nd November.

You said that you would check with Mr Grant, but so far, my client has not had any news from any side, neither from you, nor from any source.

My client sincerely hopes that this simple wish will not be ignored and repeats that it wants to meet Mr Grant, and, ideally also Mr Pitt, so that avenues for a collaboration can be discussed, in lieu of having sterile general meetings that lead nowhere, except generating lawyer's fees.

The present letter is official and may be used in Courts.

Best regards,

Max Mailliet



**E2M** Etude Max Mailliet

**Max Mailliet**
Partner
Avocat à la Cour

max.mailliet@e2m.lu
T (+352) 28 55 36-1
F (+352) 28 55 36 60
www.e2m.lu

Etude Max Mailliet - E2M S.à r.l.
2, rue du Fort Rheinsheim
L-2419 Luxembourg
RCS B210.821

ICC FraudNet — Luxembourg exclusive representative of the International Chamber of Commerce's Fraudnet and GRIP - Global Restructuring and Insolvency Professionals.

This e-mail message is intended exclusively for the addressee or addressees. If the e-mail was sent to you by mistake, would you please contact us immediately by e-mail at

4

servicedesk.ict@loyensloeff.com . In that case, we also request that you destroy the e-mail and that you neither use the contents nor disclose them in any manner to third parties, because the message may contain confidential information which is protected by professional secrecy.

To learn more on how we may process your personal data, please find our Privacy Statement here
https://www.loyensloeff.com/en-us/context/privacy-statement

All services are provided by Loyens & Loeff Luxembourg S.à r.l., a limited liability company (société à responsabilité limitée), with a share capital of Eur 28,000 and registered with the Luxembourg Register of Commerce and Companies (Registre de Commerce et des Sociétés, Luxembourg) under number B 174.248. Any addressee should be aware that our services shall be governed by its General Terms and Conditions, which include a limitation of liability, the applicability of Luxembourg law and the competence of Luxembourg courts. These General Terms and Conditions can be consulted via
https://www.loyensloeff.com/en-us/context/terms
Internet e-mail is subject to risks. Loyens & Loeff Luxembourg S.à r.l. denies any responsibility for damages resulting from the use of Internet e-mail.

Loyens & Loeff Luxembourg S.à r.l.

Avocats à la Cour

5

**Traduction libre**

**De :** Véronique Hoffeld <veronique.hoffeld@loyensloeff.com>
**Envoyé :** jeudi 18 novembre 2021 11:21
**À :** Claire Riou <claire.rioulejeune@e2m.lu>
**Cc :** Patrick Ries <Patrick.Ries@loyensloeff.com>; Anne Sophie Boul <anne.sophie.boul@e2m.lu>; Max Mailliet <Max.Mailliet@e2m.lu>
**Objet :** RE: Nouvel / Mondo Bongo (Quimicum)

Cher Collègue,

Je fais référence au mail de Max Mailliet en date du 11 novembre et à votre email en date du 17 novembre.

La propriété des parts de Nouvel a prétendument été cédé à votre client monsieur Yuri Schefler, fait pour lequel notre client n'a pas reçu de documentation probante. Mon client se réserve le droit d'agir en justice concernant cette prétendue cession du capital social de Nouvel, et donc concernant la cession du pourcentage de propriété de Quimicum.

En vertu de sa qualité d'actionnaire de Quimicum, votre client souhaite vraisemblablement s'imposer dans les affaires de la société et souhaite poursuivre les discussions d'affaires de Quimicum et de ses filiales avec mon client.

Notre client est ouvert à des discussions constructives mais doit préalablement comprendre avec qui il traite.

Dès lors, notre client serait prêt à engager des discussions sur les affaires de Quimicum aux conditions suivantes :

1. Votre client donne les documents nécessaires pouvant démontrer que Ms. Jolie vous a cédé ses parts dans Nouvel et mon client se réserve le droit de contester la validité d'un tel transfert,
2. Votre client met à jour le registre du commerce et des sociétés et indique que mon client est propriétaire des 10% qu'il réclame devant les tribunaux luxembourgeois.

Les droits de notre client sont réservés et rien dans ce courrier ne doit être compris comme une admission de propriété des parts sociales de Quimicum que ce soit directement ou indirectement ou de la validité du transfert des parts sociales.

Cette lettre est officielle.

Nous sommes dans l'attente de votre part.

Sincèrement,

2

**Véronique HOFFELD**
Partner

Litigation & Risk Management
T +352 466 230 232
F +352 466 234
E veronique.hoffeld@loyensloeff.com

**LOYENS & LOEFF LUXEMBOURG S.À R.L.**
**Avocats à la Cour**
18-20, rue Edward Steichen, L-2540 LUXEMBOURG
T +352 466 230 F +352 466 234

loyensloeff.lu  |  LinkedIn  |  Twitter

---------------------------------------

**De:** Claire Riou <claire.rioulejeune@e2m.lu>
**Envoyé:** mercredi 17 novembre, 2021 16:48
**DE:** Véronique Hoffeld <veronique.hoffeld@loyensloeff.com>
**Cc:** Patrick Ries <Patrick.Ries@loyensloeff.com>; Anne Sophie Boul <anne.sophie.boul@e2m.lu>; Max Mailliet <Max.Mailliet@e2m.lu>
**Objet:** RE: Nouvel / Mondo Bongo (Quimicum)

Cher Collègue,

Je fais référence à l'assemblée générale de la société Quimicum SARL du 29 octobre 2021.

Pendant la réunion, et en vue de la réunion de la prochaine assemblée générale du 22 novembre prochain mon client a exprimé avec sincérité sa volonté de rencontrer monsieur Warren Grant au Luxembourg afin d'apprendre à le connaître et d'avoir une discussion constructive sur le futur de Quimicum et du Château Miraval.

Malheureusement, notre client attend toujours de rencontrer le vôtre.

Dans tous les cas, nous proposons, tout comme indiqué lors de l'assemblée générale du 29 octobre 2021, d'organiser l'assemblée générale le 22 novembre 2021 à 9:00 au siege social de Quimicum.

Le présent courriel est officiel et peut être utilisé au tribunal.

Sincèrement,

Claire Riou - - Le Jeune

**De :** Max Mailliet <MaxMailliet@e2m.lu>
**Envoyé :** jeudi 11 novembre 2021 09:46
**À :** 'Véronique Hoffeld' <veronique.hoffeld@loyensloeff.com>
**Cc :** 'Patrick Ries' <Patrick.Ries@loyensloeff.com>; Anne Sophie Boul <anne.sophie.boul@e2m.lu>; Claire Riou <claire.rioulejeune@e2m.lu>; Max Mailliet <MaxMailliet@e2m.lu>
**Objet :** Nouvel / Mondo Bongo (Quimicum)

Cher Collègue,

Je fais référence à l'assemblée générale de la société Quimicum SARL du 29 octobre 2021.

Pendant la réunion, et en vue de la réunion de la prochaine assemblée générale du 22 novembre prochain mon client a exprimé avec sincérité sa volonté de rencontrer monsieur Warren Grant au Luxembourg afin d'apprendre à le connaître et d'avoir une discussion constructive sur le futur de Quimicum et du Château Miraval.

Vous nous avez indiqué que vous feriez le point avec monsieur Grant, mais à ce jour, mon client n'a eu aucune nouvelle, que ce soit de votre part, ou de toute autre part.

Mon client espère sincèrement que cette volonté ne sera pas ignorée et réitère sa volonté de rencontrer monsieur Grant et idéalement monsieur Pitt également afin de discuter des possibles collaborations plutôt que d'avoir des assemblées générales inutiles, qui ne mènent nulle part et qui ne font que générer des frais d'avocat.

Le présent courriel est officiel et peut être utilisé au tribunal.

Sincèrement,

Max Mailliet.