# Exhibit L-3



## Assemblée générale tenue le 22 novembre 2021

Le présent compte rendu est rédigé et signé par Maître Max Mailliet, avocat à la Cour au sein de l'étude E2M S.à r.l., établie et ayant son siège social à L-2419 Luxembourg, 2, rue du Fort Rheinsheim, immatriculée au Registre de Commerce et des Sociétés de Luxembourg sous le numéro B 210 821, laquelle est le conseil de la société Nouvel LLC, qui a assisté à l'assemblée générale tenue le 22 novembre 2021.

L'assemblée générale du 29 octobre 2021 a été suspendue à la demande de Nouvel afin de permettre aux parties de se rencontrer et/ou de discuter.

Celle-ci s'est poursuivie le 22 novembre 2021 sur proposition de Nouvel et ce malgré le fait que les parties n'aient pas pu discuter (cf. les échanges officiels intervenus entre avocats).

Un huissier de justice, Guy Engel, était à nouveau présent. Le bureau a été constitué comme la dernière fois.

Mondo Bongo a demandé à voir un document officiel permettant d'établir que Monsieur Alexey Oliynik avait bien les pouvoirs nécessaires pour représenter Nouvel lors de cette assemblée générale.

Nouvel informe qu'un tel document parviendra dans la journée à Mondo Bongo.

Nouvel soulève le fait que la procuration donnée par M. Pitt pour Mondo Bongo ne contient indication ni du lieu ni de la date de la signature. En outre, aucune pièce d'identité n'est jointe, ne permettant ainsi pas de pouvoir vérifier l'authenticité de la signature.

Mondo Bongo informe ensuite qu'une action judiciaire sera intentée ce jour à l'encontre de Nouvel. De surcroît, aucune décision ne sera prise par Mondo Bongo en tant qu'associée de Quimicum tant que le juge n'aura pas rendu de décision.

Nouvel estime donc qu'il est opportun d'ajourner l'assemblée générale et propose également de tenir l'assemblée générale dans 10 jours afin de permettre aux parties de se rencontrer et/ou de discuter.

Mondo Bongo ne voit pas l'intérêt de repousser l'assemblée générale dans 10 jours.

Entre temps, Nouvel a reçu copie de l'assignation évoquée ci-avant, laquelle a été délivrée au siège de Quimicum le 29 novembre 2021. Il s'agit d'une action en nomination d'un séquestre.

Luxembourg, le 22 novembre 2021.

Max Mailliet

EXHIBIT L-3
PAGE 45

Exhibit 23

General Meeting held on November 22, 2021

These minutes are drafted and signed by Maître Max Mailliet, attorney to the Court in the office EZM S.à.r.l., established and maintaining its main office at L-2419 Luxembourg 2, rue du Fort Rheinsheim, recorded in the Registry of Commerce and Corporations of Luxembourg under number B 210 821, who is the counsel of the corporation Nouvel LLC, who attended the General Meeting held on November 22, 2021.

The General Meeting of October 29, 2021 was suspended at the request of Nouvel to permit the parties to meet and/or discuss.

That meeting was conducted on November 22, 2021 at the request of Nouvel and despite the fact that the parties had not been able to discuss (cf. the official exchanges taking place between attorneys).

A judicial officer, Guy Engel, was again present. The office was constituted as on the last occasion.

Mondo Bongo asked to see an official document permitting to establish that Mr. Alexey Oliynik indeed had the powers to represent Nouvel at the General Meeting.

Nouvel reported that such a document would be delivered to Mongo Bongo within the day.

Nouvel noted the fact that the power of attorney granted by Mr. Pitt to Mondo Bongo contains neither the place nor the date of the signature. Moreover, no identification document is attached, permitting the verification of the authenticity of the signature.

Mondo Bongo then reports that a judicial action shall be filed against Nouvel today. Moreover, no decision shall be taken by Mondo Bongo as a partner of Quimicum until the judge has issued a decision.

Nouvel therefore considers that it is appropriate to adjourn the meeting and also proposes to hold the General Meeting in 10 days to permit the parties to meet and/or discuss.

Mondo Bongo sees no use in rescheduling the meeting in 10 days.

Meanwhile, Nouvel has received a copy of the summons mentioned previously, which was delivered to the headquarters of Quimicum on November 29, 2021. It concerns an action to appoint a trustee.

Luxembourg, November 22, 2021.

Max Mailliet
[signature]

**EXHIBIT L-3**
**PAGE 46**

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF QUEENS     )

I am employed as Translator by the firm of Cravath, Swaine & Moore LLP, Worldwide Plaza, 825 Eighth Avenue, New York, New York 10019;

I am fully conversant in the French and English languages;

I translated or reviewed the translation of the attached document:

Minutes of Quimicum General Meeting held on November 22, 2021;

The English translation is, to my best knowledge and belief, a true and correct rendering of the original text in the French language.

I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

Executed on 12/30/21

*Leila F. Bose*

Leila F. Bose
Former Member, Translation Studies Faculty, New York University School of Continuing and Professional Studies;
American Translators Association;
New York Circle of Translators

EXHIBIT L-3
PAGE 47