```
 1  KEITH R. HUMMEL (N.Y. Bar No. 2430668) (pro hac vice application
    forthcoming)
 2  CRAVATH, SWAINE & MOORE LLP
 3  825 Eighth Avenue
    New York, NY 10019
 4  Telephone: (212) 474-1000
 5  Facsimile: (212) 474-3700

 6  JAMES LEE (Bar No. 192301)
 7  ENOCH LIANG (Bar No. 212324)
    JOE TUFFAHA (Bar No. 253723)
 8  LTL ATTORNEYS LLP
 9  300 South Grand Ave, Suite 1400
    Los Angeles, CA 90071
10  Telephone: (213) 612-8900
11  Facsimile: (213) 612-3773

12  Attorneys for Applicant
13  NOUVEL, LLC
```

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| In re Ex Parte Application of: NOUVEL, LLC<br><br>Applicant, | Miscellaneous Action No.<br><br>**DECLARATION OF ALEXEY OLIYNIK IN SUPPORT OF NOUVEL'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS AND SUPPORTING MEMORANDUM** |
|---|---|

DECLARATION OF ALEXEY OLIYNIK IN SUPPORT OF *EX PARTE* APPLICATION PURSUANT TO 28 U.S.C. §1782

1.      I am the manager of Nouvel, LLC ("Nouvel").  I am also a director of SPI Group Holding Limited, the corporate parent of Tenute del Mondo B.V. and the indirect corporate parent of Nouvel, which is a wholly-owned subsidiary of Tenute del Mondo B.V.

2.      I submit this declaration in support of Nouvel's *Ex Parte* Application for an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery for Use in Foreign Proceedings.  I am aware of the facts in this declaration from my roles as the manager of Nouvel and a director of SPI Group.

3.      In 2021, Angelina Jolie, then the sole owner of all of Nouvel's shares, sold her shares in Nouvel to Tenute del Mondo B.V.

4.      Nouvel owns 50% of the shares of Quimicum S.à r.l. ("Quimicum"), a company headquartered at L-5365 Munsbach, 6C, rue Gabriel Lippmann, Grand Duchy of Luxembourg.  The other 50% of the shares of Quimicum are owned by Mondo Bongo, LLC.

5.      Quimicum is the corporate parent of Chateau Miraval SA ("Chateau Miraval"), a company headquartered at F-83570 Correns, Domaine de Miraval, France.  Quimicum owns around 99% of Chateau Miraval's shares.

6.      In 2013, Chateau Miraval created Miraval Provence, a company headquartered at La Ferrier – Route de Jonquieres 84100 Orange, France, as a 50-50 joint venture with SAS Familles Perrin, a French company.  The President of Miraval Provence is Marc-Olivier Perrin, and the main purpose of Miraval Provence is the purchase, sale, import and export of wine and spirits.

7.      For many years, Chateau Miraval has owned several brands, such as Miraval, Chateau Miraval, and Chateau Miraval Cotes de Provence.  Chateau Miraval has registered its trademarks in France, the United States and other countries.  These trademarks constituted Chateau Miraval's third largest income source according to its 2019 financial statements.

8.  Dating back to at least 2017 and through 2021, Miraval Provence registered numerous trademarks (including certain trademarks previously registered to Chateau Miraval) containing either the word Miraval or a confusingly similar word under its own name, including: "Miraval Cotes de Provence", filed on June 21, 2017; "Muse de Miraval", filed on May 23, 2018; "MRVL", filed August 20, 2019; "Fleur de Miraval", filed on September 14, 2020; "Miraval Côtes de Provence" filed on November 26, 2020; and "Fleur de Miraval exclusivement rosé", filed on March 14, 2021.  One of these brands, "Miraval Côtes de Provence", is valued at €24,500,000 according to an expert opinion obtained by Chateau Miraval.

9.  Since 2014, Chateau Miraval has spent large amounts to renovate residential properties it owns.  According to its accounts, Chateau Miraval spent €43,704,111 on building renovations in 2014 and around €2 million annually on buildings or building improvements in 2015, 2016 and 2017.  Furthermore, in 2020, it spent €1,106,658 on a swimming pool and €2,963,207 on "garment work".  There is no indication that these properties generate a profit for Chateau Miraval.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on January 6, 2022 in Geneva, Switzerland.



Alexey Oliynik