KEITH R. HUMMEL (*Pro Hac Vice* Application Forthcoming)
CRAVATH, SWAINE & MOORE LLP
Worldwide Plaza
825 Eighth Avenue
New York, NY 10019
Telephone: (212) 474-1000
Facsimile: (212) 474-3700

JAMES LEE (Bar No. 192301)
ENOCH LIANG (Bar No. 212324)
JOE TUFFAHA (Bar No. 253723)
LTL ATTORNEYS LLP
300 South Grand Ave, Suite 1400
Los Angeles, California 90071
Telephone: (213) 612-8900
Facsimile: (213) 612-3773

*Attorneys for Applicant*
NOUVEL, LLC

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| In re Ex Parte Application of NOUVEL, LLC, <br><br> Applicant, <br><br> For an Order Pursuant to 28 U.S.C. § 1782 Granting Leave to Obtain Discovery from Mondo Bongo, LLC, William Bradley Pitt, and Warren Grant for Use in Foreign Proceedings. | Miscellaneous Action No. 2:22-MC-0004 MCS (Ex) <br><br> ORDER GRANTING NOUVEL'S *EX PARTE* APPLICATION FOR AN ORDER PURSUANT TO 28 U.S.C. § 1782 GRANTING LEAVE TO OBTAIN DISCOVERY FOR USE IN FOREIGN PROCEEDINGS |

Nouvel, LLC ("Nouvel") ("Applicant") applies for an order under 28 U.S.C. § 1782, to conduct discovery and serve document subpoenas on Mondo Bongo, LLC, William Bradley Pitt, and Warren Grant (collectively, "Discovery Targets"), all of whom can be found in this District.

The Court, having fully considered the papers on file and submitted herewith, and good cause appearing,

**HEREBY GRANTS** the Application of Nouvel.

**IT IS HEREBY ORDERED** that Nouvel is authorized to issue and serve subpoenas on the Discovery Targets containing the substance and form of the subpoenas attached as Exhibits 2, 3, and 4 to the Declaration of Enoch H. Liang.

**SO ORDERED**

Dated: 1/12/2022

/s/ Charles F. Eick
United States Magistrate Judge